IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DEROISE J. WASHINGTON,

Petitioner,

8:26CV198

vs.

MEMORANDUM AND ORDER

JAMES JANSEN, Warden;

Respondent.

This matter is before the Court on Petitioner's Motion for Leave to Proceed in Forma Pauperis ("IFP"). Filing 4. Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 fee. 28 U.S.C. § 1914(a). As indicated in the Court's records, Petitioner paid the $5.00 fee on May 11, 2026. Accordingly,

IT IS ORDERED that Petitioner's Motion for Leave to Proceed IFP, Filing 4, is denied as moot. The next step in this case is for the Court to conduct a preliminary review of the habeas corpus petition in accordance with Rule 4 of the Rules Governing Section 2254 cases. The Court will conduct this review in its normal course of business.

Dated this 19th day of May, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge